Argued and submitted December 13, 1999, affirmed January 5, 2000

Wes JOHNS,
*Petitioner,*

*v.*

CITY OF LINCOLN CITY,
*Respondent.*

(97-235; CA A108135)

995 P2d 1176

Gary G. Linkous argued the cause and filed the brief for petitioner.

Christopher P. Thomas argued the cause and filed the brief for respondent.

Before Wollheim, Presiding Judge, and Deits, Chief Judge, and Kistler, Judge.

PER CURIAM

Affirmed. *Younger v. City of Portland,* 305 Or 346, 752 P2d 262 (1988); *Cusma v. City of Oregon City,* 92 Or App 1, 757 P2d 433 (1988).